IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DUFFIN, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LENCO INDUSTRIES, INC., | : | |
| D/B/A LENCO ARMORED VEHICLES | : | No. 17-3142 |
| *Defendant*. | : | |

# **O R D E R**

**AND NOW**, this 2nd day of May, 2018, upon consideration of Defendant's Motion to Compel (Doc. No. 22) and yesterday's phone conference with all parties, **it is ORDERED** that the Motion is **deemed MOOT**.

It is so ORDERED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge